
FILED
JAN 03 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSE LEE SACKETT,<br><br>Petitioner,<br><br>vs.<br><br>T.J. MCDERMOTT,<br><br>Respondent. | Cause No. CV 18-197-M-DLC-JCL<br>CV 19-04-H-DLC-JTJ<br><br>ORDER TRANSFERRING VENUE |

On December 26, 2018, pursuant to this Court's Order, Mr. Sackett filed an Amended Petition for Writ of Habeas Corpus, accompanied by a Motion to Change Venue. (Docs. 6 & 7.)

Sackett's Motion to Change Venue is well taken. Although he is currently in custody at the Missoula County Detention Facility, Sackett expressly states he is not challenging his April 24, 1987 judgment, but rather the unlawful imprisonment and illegal restraint that occurred when he was transferred across state lines at the direction of the Montana Department of Corrections and/or Montana State Prison, first to Texas and then back to Montana. *See,* (Doc. 6 at 3, ¶ 15(A); 4, ¶ 15(B)). The appropriate venue for such a challenge is the Helena Division. D. Mont. L.R. 1.2(c)(4), 3.2(b)(2)(A).

Accordingly, IT IS HEREBY ORDERED that Mr. Sackett's petition is

TRANSFERRED to the Helena Division. All parties shall refer only to Cause No. CV 19-04-H-DLC-JTJ in connection with this action.

<u>Mr. Sackett must immediately notify the Court of any change in his mailing address</u> by filing a "Notice of Change of Address" under the appropriate cause number. Failure to do so may result in dismissal of his petition without notice to him.

DATED this 3rd day of January, 2019.

*Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge